USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNN WYNTER,

      Plaintiff,

  -against-

VICTORIA'S SECRET, INC., et al.,

      Defendants.

20-CV-2429 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The telephonic status conference currently scheduled for **January 28, 2021 at 10:00 a.m.** shall instead start at **12:00 noon**. The dial-in information and pre-conference requirements remain the same. *See* Dkt. No. 18 ¶ 7.

Dated: New York, New York
       December 29, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**