UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNN WYNTER,

                    Plaintiff,

          -against-

VICTORIA'S SECRET, INC. and L
BRANDS,

                    Defendants.

20-CV-2429 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

          After consultation with the parties, and for the reasons stated on the record during today's status conference, it is hereby ORDERED that:

1. <u>Status Conference</u>. Judge Moses will conduct a status conference on **March 17, 2021 at 10:00 a.m.** No later than **March 10, 2021**, the parties shall submit a joint status letter outlining the progress of discovery to date, including any discovery disputes, as well as any settlement efforts.

2. <u>Furloughed/Former Employee Depositions</u>. Counsel shall promptly meet and confer regarding whether, as to each furloughed and/or former employee that plaintiff wishes to interview and/or depose, defendants' counsel (a) represents that employee in connection with discovery in this action, (b) will produce that employee for deposition without a subpoena, or (c) will accept service of a subpoena on the employee's behalf.

3. <u>Discovery Disputes</u>. If disputes arise with respect to the furloughed/former employee depositions, or any other discovery issues, and if the parties are unable to resolve those disputes amongst themselves, they may bring them to the Court's attention by letter-application, or in the joint letter due March 10, in accordance with Moses Indiv. Prac. § 2(b).

4. <u>Corrected Caption</u>. The Clerk of Court is respectfully directed to correct the names of both defendants in the caption of this case. The defendant sued as "Victoria's Secret, Inc." should be listed as "Victoria's Secret Stores, LLC." The defendant sued as "L Brands" should be listed as "L Brands, Inc."

Dated:  New York, New York
        January 28, 2021

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**