USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNN WYNTER,

      Plaintiff,

-against-

VICTORIA'S SECRET, LLC, et al.,

      Defendants.

20-CV-2429 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's status conference, it is hereby ORDERED that:

1. <u>Status and Discovery Conference</u>. The next conference will take place on **April 15, 2021 at 11:00 a.m.** At that time, the parties shall dial **(888) 557-8511** and enter the access code **7746387**. No later than **April 12, 2021**, the parties shall submit a joint status letter updating the Court on the progress of discovery and identifying any discovery disputes as to which a ruling from the Court is sought. (If there are no such disputes, the parties may request an adjournment of the April 15 conference.) In setting out their discovery disputes, the parties shall comply with the requirements of Moses Indiv. Prac. § 2(b), including the requirement to "quote or set forth verbatim each discovery request and response in contention in accordance with. Local Civil Rules 37.1 and 5.1." This requirement may be satisfied by attaching the relevant request(s) and response(s) to the joint letter.

2. <u>Letter-Motion Option</u>. If either party wishes to seek a discovery ruling by letter-motion (rather than through the joint letter), that party must comply with Moses Indiv. Prac. §§ 2(b) and 2(e). To ensure that the dispute is fully briefed in accordance

with § 2(e) in advance of the conference, any such letter-motion must be filed no later than **April 5, 2021.**

3. Ripe Discovery Disputes Resolved at Conference. It is the Court's practice to resolve ripe discovery disputes at the discovery conference, based on the parties' letter-briefing and such argument as may be presented during the conference, unless the issue requires, or a party requests, more formal briefing.

4. Discovery Extension. The deadline to complete all fact discovery is hereby EXTENDED to **June 30, 2021**. The remaining pre-trial deadlines, including for summary judgment motions and expert discovery, remain as described in ¶¶ 9-11 of the Court's Initial Case Management Order (Dkt. No. 18).

Dated: New York, New York
       March 17, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**